AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

JEAN ANGLIN and GENE ANGLIN,

    Plaintiffs,

        v.

CITY FACILITIES MANAGEMENT (FL) LLC; and WINN DIXIE STORES, INC. d/b/a Winn Dixie Store Number 19,

    Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 2:22-cv-58

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated February 16, 2024, Defendants' motions for summary judgment are granted in their entirety. This case stands closed.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

February 20, 2.24
Date

John E. Triplett, Clerk of Court
Clerk

(By) Deputy Clerk

GAS Rev 10/2020